```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
TAO AN, CHUNGANG GUAN, CUI　　　　　　　　:
QINGYUN, HUIMIN LIN, BEILE LI,　　　　　　　:
YANMING WANG, TAO ZHENG, ZHENG HU,　:
YUAN CAO, LINWAN FENG,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:　　22-CV-10062 (VEC)
　　　　　　　　　　　Plaintiffs,　　　　　　　:
　　　　　　　-against-　　　　　　　　　　　:　　ORDER
　　　　　　　　　　　　　　　　　　　　　　:
LUC A. DESPINS, PAUL HASTINGS LLP,　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Defendants.　　　　　　:
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

　　The parties should be aware that the Undersigned is friendly with Greg Andres, counsel for the Defendants. The Undersigned and Mr. Andres have visited each other's homes socially on a couple of occasions. The Court does not regard these facts as a basis for recusal. Any party that does consider these facts to be a basis for recusal must file a letter explaining its position by **12:00 P.M. on January 26, 2023**.

**SO ORDERED.**

Date:  January 23, 2023　　　　　　　　　　　　　　　　　*Valerie Caproni* (signature)
　　　　 New York, New York　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**