# EXHIBIT 1

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
:
**In re**                                              :    **Chapter 11**
                                                       :
**SAS AB**, *et al.*,                                  :    **Case No. 22-10925 (MEW)**
                                                       :
                    Debtors.[1]                        :    **(Jointly Administered)**
------------------------------------------------------------X

**NOTICE OF RATE INCREASE PURSUANT TO**
**ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF**
**WEIL, GOTSHAL & MANGES LLP AS ATTORNEYS FOR DEBTORS**

**PLEASE TAKE NOTICE** that, on August 5, 2022, SAS AB and its debtor subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Application of Debtors for Authority to Retain and Employ Weil, Gotshal & Manges LLP as Attorneys for Debtors* [ECF No. 197] (the "**Weil Retention Application**").[2]  On August 29, 2022, the Court entered the *Order Authorizing Retention and*

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd.  The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Weil Retention Application.

*Employment of Weil, Gotshal & Manges LLP as Attorneys for Debtors* [ECF No. 279] (the "**Weil Retention Order**").

**PLEASE TAKE FURTHER NOTICE** that, as disclosed in the Weil Retention Application, in the normal course of its business, Weil adjusts its billing rates periodically.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 6 of the Weil Retention Order, Weil is required to provide ten business days' notice of any increase in its rates to the Debtors, the U.S. Trustee, and counsel to the Creditors' Committee and file notice thereof with the Court.

**PLEASE TAKE FURTHER NOTICE** that Weil hereby gives notice that it will increase its hourly rates and adopt the following revised standard billing structure as of January 1, 2023:

| Weil Professional | Original Rate Range | Revised Rate Range |
|---|---|---|
| Partners and Counsel | $1,250 to $1,950 | $1,375 to $2,095 |
| Associates | $690 to $1,200 | $750 to $1,345 |
| Paraprofessionals | $275 to $495 | $295 to $530 |

Dated: December 19, 2022
      New York, New York

    */s/ Kelly DiBlasi*
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007
    Gary T. Holtzer
    Kelly DiBlasi
    David Griffiths
    Lauren Tauro

    *Attorneys for Debtors*
    *and Debtors in Possession*