# EXHIBIT 3

Annemarie V. Reilly  
**LATHAM & WATKINS LLP**  
1271 Avenue of the Americas  
New York, NY 10020  
Telephone: (212) 906-1200

John J. Sikora (admitted *pro hac vice*)  
Heather A. Waller (admitted *pro hac vice*)  
**LATHAM & WATKINS LLP**  
330 North Wabash Avenue, Suite 2800  
Chicago, IL 60611  
Telephone: (312) 876-7700

*Special Counsel to the Debtors and*  
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Case No. 22-10964 (MG) |
| Debtors. | ) (Jointly Administered) |

**THIRD SUPPLEMENTAL DECLARATION OF JOHN J. SIKORA**  
**IN SUPPORT OF DEBTORS' APPLICATION FOR AUTHORITY TO**  
**RETAIN AND EMPLOY LATHAM & WATKINS LLP AS SPECIAL COUNSEL**  
**TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE**

I, John J. Sikora, declare as follows:

1. I am a partner in the law firm of Latham & Watkins LLP ("L&W"), an international law firm with offices across the United States, Europe, and Asia. I am admitted in, practicing in, and a member in good standing of the state bar of Illinois, and there are no disciplinary proceedings pending against me. I am over the age of eighteen, am authorized to submit this Declaration, and am competent to testify on the matters contained herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

2. On August 4, 2022, the Debtors filed an application to retain and employ L&W as special counsel to the Debtors [D.I. 363 & 1030] (the "Application").[2] My declaration in support of the Application (the "Initial Declaration") was attached to the Application as Exhibit B. I submitted supplemental declarations in support of the Application on August 12, 2022 [D.I. 440 & 1031] and August 31, 2022 [D.I. 647]. On September 16, 2022, the Court entered the *Order Authorizing the Retention and Employment of Latham & Watkins LLP as Special Counsel to the Debtors Effective as of the Petition Date* [D.I. 838] (the "Retention Order").

3. I submit this third supplemental declaration in connection with the Application to provide additional disclosures in accordance with Bankruptcy Rules 2014(a) and 2016(b) and in accordance with the Retention Order, which requires L&W to provide notice of changes to its hourly rates during the Chapter 11 Cases.

4. In the Initial Declaration, I disclosed L&W's hourly rates in effect at that time for the L&W Services. I also disclosed that the hourly rates are subject to periodic adjustments. As such, in the ordinary course of L&W's business and in keeping with L&W's established billing practices and procedures, L&W's standard billing rates will be adjusted firm-wide on January 1, 2023. Specifically, effective January 1, 2023, L&W's hourly rates for professionals and paraprofessionals who may provide services to the Debtors will range as follows:

| Billing Category | Range |
|---|---|
| Partners | $1,360 to $2,230 |
| Counsel | $1,300 to $1,690 |
| Associates | $705 to $1,400 |
| Professional Staff | $210 to $1,050 |
| Paralegals | $300 to $660 |

5. The Debtors have consented to the rate increase.

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Application.

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on this 15th day of December, 2022.

/s/ *John J. Sikora*
John J. Sikora