# EXHIBIT 6

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re*<br><br>ENDO INTERNATIONAL plc, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-22549 (JLG)<br><br>(Jointly Administered) |

**DECLARATION OF PAUL D. LEAKE
PURSUANT TO THE ORDER (I) AUTHORIZING
THE EMPLOYMENT AND RETENTION OF
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AS
COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE
PETITION DATE AND (II) GRANTING RELATED RELIEF**

I, Paul D. Leake, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1. I am a member of the firm of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden" or the "Firm"), which maintains offices for the practice of law at, among other locations, One Manhattan West, New York, New York 10001. I am admitted in, practicing in, and a member in good standing of the bar of the State of New York.

2. I submit this declaration and statement (this "Declaration") pursuant to the *Order (I) Authorizing Employment and Retention of Skadden, Arps, Slate, Meagher & Flom LLP as Counsel to the Debtors Nunc Pro Tunc To The Petition Date and (II) Granting Related Relief* [Docket No. 319] (the "Retention Order").

---

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Dr, Malvern PA 19355.

3. Except as otherwise indicated, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

4. On September 30, 2022, the Court entered the Retention Order, which approved the *Application for an Order (I) Authorizing Employment and Retention of Skadden, Arps, Slate, Meagher & Flom LLP as Counsel to the Debtors Nunc Pro Tunc To The Petition Date and (II) Granting Related Relief* [Docket No. 166] (the "Retention Application")[2] pursuant to sections 327(a), 329 and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 and 2016-1.

5. The Retention Order states that, prior to any Firm-wide rate increases, Skadden must file a supplemental declaration with the Court and provide ten business days' notice of such increases to the Debtors, the U.S. Trustee, the official committee of unsecured creditors (the "UCC"), the official committee of opioid claimants (the "OCC"), and any other official committee. *See* Retention Order ¶ 4. In accordance with the Retention Order, Skadden submits as follows:

6. As disclosed in the Retention Application, Skadden's fees for professional services are based on its guideline hourly rates, which are periodically adjusted in the ordinary course. As of the Petition Date, such standard fees were: $550 to $1,275 for associates; $1,300 to $1,495 for counsel; and $1,465 to $1,980 for partners. *See* Retention Application at ¶ 19. Both the Retention Application and the Bradley Declaration disclose that the Debtors are aware of the Firm's policy regarding periodic rate increases and that, subject to the continuing fee discounts

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

2

applied to Skadden's services for the Debtors,[3] the Debtors have agreed to such standard Firm-wide customary periodic rate increases. *See* Retention Application at ¶ 21; Bradley Decl. at ¶ 11.

7. Pursuant to the aforementioned standard rate increases, effective as of January 1, 2023, the Firm has adjusted its standard rates to the following: $625 to $1,390 for associates; $1,465 to $1,665 for counsel; and $1,725 to $2,195 for partners. The Firm believes these rates, as adjusted, are comparable to those used in similar circumstances by other similarly skilled professionals.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

---

[3] As described in the Retention Application, Skadden has agreed to continue to provide historical bulk discounts of 10% for services rendered under the Restructuring Engagement Agreement and 25% for services rendered under the Coordinating Counsel Engagement Agreement. *See* Retention Application at ¶ 20.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 19, 2022
New York, New York

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        /s/ Paul D. Leake
        Paul D. Leake
        One Manhattan West
        New York, New York 10001
        Telephone: (212) 735-3000
        Fax: (212) 735-2000
        Paul.Leake@skadden.com