```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TAO AN, CHUNGANG GUAN, CUI            :
QINGYUN, HUIMIN LIN, BEILE LI,        :
YANMING WANG, TAO ZHENG, ZHENG HU,    :
YUAN CAO, LINWAN FENG,                :
                                      :      22-CV-10062 (VEC)
                        Plaintiffs,   :
                                      :
        -against-                     :      ORDER OF REFERENCE
                                      :      TO A MAGISTRATE
LUC A. DESPINS, PAUL HASTINGS LLP,    :          JUDGE
                                      :
                                      :
                        Defendants.   :
------------------------------------------------------------X

The above entitled action is referred to Magistrate Judge Willis for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_X_ Specific Non-Dispositive Motion/Dispute:

Motion for Attorneys' Fees

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g. dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motions (i.e. motion requiring Report and Recommendation)
Particular Motion: _____

All such motions: _____

**SO ORDERED.**

**Date: August 15, 2023**
**New York, NY**

                                              **VALERIE CAPRONI**
                                              **United States District Judge**