```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/05/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
TAO AN, CHUNGANG GUAN, CUI              :
QINGYUN, HUIMIN LIN, BEILE LI,          :
YANMING WANG, TAO ZHENG, ZHENG HU,      :
YUAN CAO, LINWAN FENG,                  :
                                        :        22-CV-10062 (VEC)
                    Plaintiffs,         :
                                        :            ORDER
             -against-                  :
                                        :
LUC A. DESPINS and PAUL HASTINGS LLP,   :
                                        :
                                        :
                    Defendants.         :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on September 1, 2023, Plaintiffs filed a notice of appeal from the Court's order granting Defendants' motion to dismiss and imposing sanctions, Dkt. 36.

      IT IS HEREBY ORDERED that not later than **September 11, 2023**, the parties must show cause why the case should not be stayed pending resolution of the appeal. *See Paysys Int'l, Inc. v. Atos IKT Servs. Ltd.*, 901 F.3d 105, 107 n.2 (2d Cir. 2018) (noting that parties may appeal a dispositive order before the entry of a final judgment without waiting for the district court to determine the amount of fees and costs to be awarded).

**SO ORDERED.**

Date:  September 5, 2023
New York, New York

                                            **VALERIE CAPRONI**
                                            **United States District Judge**