IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TAO AN, CHUNGANG GUAN, | ) | |
| CUI QINGYUN, HUIMIN LIN, | ) | |
| BEILE LI, YANMING WANG, | ) | |
| TAO ZHENG, ZHENG HU | ) | **NOTICE OF WITHDRAWAL OF** |
| YUAN CAO, LINWAN FENG, | ) | **INDIVIDUAL PLAINTIFF** |
| | ) | |
| Plaintiffs, | ) | 22-cv-10062 |
| v. | ) | |
| | ) | |
| LUC A. DESPINS, | ) | |
| PAUL HASTINGS LLP, | ) | |
| | ) | |
| Defendants. | ) | |

The Plaintiff BEILE LI has requested that he be withdrawn from the case, any further proceedings, including any appeals, and that his name be stricken from the caption.

Dated: New York, NY

September 26, 2023

Freeth & Associates, LLC

By: _____
Richard N. Freeth
260 Madison Ave., 8th Fl.
New York, NY 10016
Tel. (917)775-7082]
Email: rfreeth@freethfirm.com