USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/27/2023

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAO AN, CHUNGANG GUAN,       )
CUI QINGYUN, HUIMIN LIN,      )
BEILE LI, YANMING WANG,       )
TAO ZHENG, ZHENG HU           )     **NOTICE OF WITHDRAWAL OF**
YUAN CAO, LINWAN FENG,        )     **INDIVIDUAL PLAINTIFF**
                              )
          Plaintiffs,         )     22-cv-10062
      v.                      )
                              )
LUC A. DESPINS,               )
PAUL HASTINGS LLP,            )
                              )
          Defendants.         )
                              )
_____)

The Plaintiff BEILE LI has requested that he be withdrawn from the case, any further proceedings, including any appeals, and that his name be stricken from the caption.

Dated: New York, NY

   September 26, 2023

Freeth & Associates, LLC

By: _____

Richard N. Freeth
260 Madison Ave., 8th Fl.
New York, NY 10016
Tel. (917)775-7082]
Email: rfreeth@freethfirm.com

---

Pursuant to Federal Rule of Civil Procedure 41(a), any objection from Defendants to Plaintiff Li's withdrawal request is due **September 29, 2023**.

SO ORDERED.

_(signature)_  09/27/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE