# NOTICE OF APPEAL

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAO AN, CHUNGANG GUAN, CUI QINGYUN, HUIMIN LIN, BEILE LI, YANMING WANG, TAO ZHENG, ZHENG HU, YUAN CAO, LINWAN FENG, <br><br>Plaintiffs, <br><br>v. <br><br>LUC A. DESPINS, PAUL HASTINGS LLP, <br><br>Defendants. | NOTICE OF APPEAL <br><br> 22-cv-10062 |

    The Plaintiffs, TAO AN, CHUNGANG GUAN, CUI QINGYUN, HUIMIN LIN, BEILE LI, YANMING WANG, TAO ZHENG, ZHENG HU, YUAN CAO, LINWAN FENG, provide notice of their intent to appeal to the United States Court of Appeals for the 2nd Circuit from the final judgment granting Defendants' application for costs and fees, entered on March 18, 2024.

Dated: New York, NY

    April 5, 2024

Freeth & Associates, LLC

*/s/ Richard N. Freeth*

Richard N. Freeth
260 Madison Ave., 8th Fl.
New York, NY 10016
Tel. (212) 516-1445
Email: rfreeth@freethfirm.com